**Order entered November 2, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00663-CR**
**No. 05-18-00670-CR**

**JONATHAN TYRONE MCKELLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 380-81748-2017, 380-80769-2017**

## ORDER

Before the Court is appellant's motion to extend the time to file appellant's brief. We

**GRANT** the motion and **ORDER** appellant's brief filed on or before **November 30, 2018**. If

appellant's brief is not filed by November 30, 2018, these appeals may be abated for the trial

court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CRAIG STODDART
JUSTICE